LAW OFFICES OF BILL LATOUR
MARK VER PLANCK [CSBN: 310413]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 954-2380
   Facsimile: (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DIVISION OF CALIFORNIA

| | |
|---|---|
| TROY MATTHEW GLEASON,<br>   Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY<br>Commissioner of Social Security,<br><br>   Defendant. | No: 5:24-cv-00019-SHK<br><br>[PROPOSED] ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FIVE THOUSAND ONE HUNDRED DOLLARS AND 00/100 ($5,100.00) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: 7/9/2024  _____

HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

-1-